# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 1, 2025

Lyle W. Cayce
Clerk

————————

No. 23-10718

————————

JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, L.L.C., *a limited liability company*; FIREARMS POLICY COALITION, INCORPORATED, *a nonprofit corporation*,

*Plaintiffs—Appellees*,

BLACKHAWK MANUFACTURING GROUP, INCORPORATED, *doing business as* 80 PERCENT ARMS; DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INCORPORATED; NOT AN L.L.C., *doing business as* JSD SUPPLY; POLYMER80, INCORPORATED,

*Intervenor Plaintiffs—Appellees*,

*versus*

MERRICK GARLAND, *U.S. Attorney General*; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants*.

————————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

————————————————————

ON REMAND FROM
THE SUPREME COURT OF THE UNITED STATES

No. 23-10718

Before Willett, Engelhardt, and Oldham, *Circuit Judges*.

Per Curiam:[*]

This case is before us on remand from the Supreme Court. The Supreme Court reversed the judgment of this court and held that the Gun Control Act of 1968 "embraces, and thus permits [the Bureau of Alcohol, Tobacco, Firearms, and Explosives] to regulate, some weapon parts kits and unfinished frames or receivers." *Bondi v. VanDerStok*, 145 S. Ct. 857, 876 (2025). We therefore REMAND this case to the district court for further proceedings consistent with the Supreme Court's decision.

––––––––––––––––––––––––––––––

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.